# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.

**STERLING EDWARDS**

_____/

**INFORMATION**
**5:22mj7-MJF**

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

That on or about November 16, 2021, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Federal Correctional Institution, Marianna, Florida, the defendant,

**STERLING EDWARDS,**

did expose and exhibit his sexual organs in public in a vulgar and indecent manner, in violation of Section 800.03, Florida Statutes and Title 18, United States Code, Sections 7 and 13.

_____
JASON R. COODY
United States Attorney

February 9, 2022
_____
DATE


FILED USDC FLND PN
FEB 9 '22 AM 10:50